No. 82–6489. In re Shabazz. C. A. 9th Cir. Petition for writ of common-law certiorari denied.

No. 82–629. Three Affiliated Tribes of the Fort Berthold Reservation *v.* Wold Engineering, P.C., et al. Sup. Ct. N. D. Certiorari granted.

No. 82–1246. Bose Corp. *v.* Consumers Union of United States, Inc. C. A. 1st Cir. Certiorari granted.

No. 82–1271. Immigration and Naturalization Service et al. *v.* Delgado et al. C. A. 9th Cir. Certiorari granted.

No. 82–1367. Roadway Express, Inc. *v.* Warren. Ct. App. Ga. Certiorari granted.

No. 82–1371. Secretary of Health and Human Services *v.* Day et al. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* denied. Certiorari granted.

No. 82–1432. Pulliam, Magistrate for the County of Culpeper, Virginia *v.* Allen et al. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1060. Gouveia *v.* Napili-Kai, Ltd., dba Napili Kai Beach Club. Sup. Ct. Haw. Certiorari denied.